IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 05-0064-CR-W-WAK |
| ) | |
| PEGGY A STOKES ) | |

### ORDER

The Court finds that the information in this case should be dismissed.

IT IS, THEREFORE, ORDERED that this case should be, and is, hereby dismissed without prejudice.

*/s/ William A Knox*

WILLIAM A KNOX
United States Magistrate Judge